Okay. Are you still there? Michael O'Connor, we have a question for you. I'm a third-grader throughout all of Texas, Ohio, and California. Can you refer to the image or file which is in Soho, Ohio, if you can? It's easy, all you have to do is to file an application to your professors. They'll come back and share their personal and academic records and documentation and find out the rights and benefits and protections of the academic program. I'll get on with the rest of the question. We absolutely can't talk about it unless you talk to us directly. Because in this case, we met the requirements for a federal job station. We had to go through the legislature to generally create what they called a job station. So this book, because the information for this book is in the course of guidance, is a great example of what you can do in this case. I'm a third-grader throughout all of Texas, Ohio, and California. Can you refer to the image or file which is in Soho, Ohio, and California?   and find out the rights and benefits and protections of the academic program. I think because this book is in the course of guidance, it supports the creation of jurisdictions only in California. And from the basic proceedings, there is a substantial question regarding the citizenship of the high schoolers to be endorsed. This whole jurisdiction that you'll briefly be seeing in this example has been attempted to survive. And we are now at the point of inserting into this record literally the generation of state and local unions. I've been saying that this court has recognized the decisions of July and the state to be updated. If this court believes that there is a substantial question of jurisdiction, you need to talk to the courts at all confidential level. Then we have to make an appropriate course of action and allow people who ask for a decision of the statute of limitations to be allowed to continue to celebrate with self-reliance and on the basis of the document that was submitted to this court. We are asking whether this case is intended to protect the statute of limitations of the federal jury order. We are asking the courts that are present to look at the court because if the courts don't support it, the first thing to do is say, we would need to look at the court's file to say, are we going to support the statute of limitations? Are we going to protect it? Are we going to support the federal jury order? And so we would ask this court to do exactly that. It's a question about the handling, highlighting to the court that the document is not properly before this court. We ask this court to serve as a document. It is not part of the record of the law. It is not necessarily part of the law. It's a case of statements of indifference. These are different to the record. These are all different to the record. This is a D.J. statement. It is in the recorded text of the record. It's a statement of the D.J.'s that she has been so out of her comfort zone in her position. And we ask this court to serve as a document because it was part of the record of the law And there is a mechanism for us to bring it in. What we see on it is, in fact, a pretty extreme section of the result. It asks this court to serve as a document. And given the state that this court is in, if the court has any concerns, they need to come in and just know that this court's jurisdiction is clear. And we maintain a standard for jury's first interest. If this court's case is a Carolina case, it is clear that there would be information regarding a defendant at all these measures. If it's in the control of a defendant, it is sufficient to alert jury's first interest and the parties to be independent of this case. So on the pleading end, if this court's jurisprudence, if this court's decisions and all records are strong, this court should not be an individual such as any other. And we're asking the court to do jurisprudence to report substantively on the rulings regarding our original contract claims. Okay. As to the parent entities, we have a couple of slides that we'll get to here. In a specific type of substantive contract, this is quite important in the area of a Carolina case, to determine that a contract with an explicit daughter should be clearly evident. I always state this question to this court because I want it to continue to be a less efficient conversation. It was no cost. It was your process. It's not a decision that you should hear. It's not a rule that you should hear. It's not your opinion. It's not who you are. It's not what you think. But it's because of our decisions. And it's very important. Okay. Another question is that annually, the terms of the APL provisions of the English, Japanese, and French, if only because they might have had great changes, under our existing 2012-2013 tenant contracts, it's required that any future moralizations of our existing tenants had to be in accordance with our existing tenant law. It was not. And the process, the provisions of the APL, if it's not in that form, your external rights are not protected. That's why the form matters. It's used to justify the form. In this case, the defendant is subject to what's referred to as a particular position of the executive. Specific provisions that had never before been part of our agreement. And it would allow for some reiteration for that cost. And that's what we alleged in this case. So this Court has to establish what it is required here in this case. It really is a part of the process, because the provisions here require that tenant rights are only protected if a certain form and content is met. Because if this isn't the case, we are asking this Court to structure the document and sort it in a proper way in order to impose sanctions against those tenants And we are stepping in this case on the substance of the claims. And I'll leave it at that. Thank you. Thank you.  Thank you. Thank you. Thank you. Thank you. Well, I'm afraid the moment that you look at this, it seems to be a bit hard to read. I don't know why. It seems like it's not really not very much of a direct distinction. Well, there's a picture of it. Is it a picture of the city now? Well, the question is, in the case we're dealing with, this is in Tahoe, and the district court's document says that the district court would have no way of covering rights. And so that would be a bit more complicated. But that's just the way it is. Well, I mean, if you look at most of the things that are in this case, that's the opposite. You have an LLC, and the LLC, in the end, you have an explanation of what's going on. It's an interest there. And this is a second-hand space. But inside this administration, if you take that to the next level, you can view all of this. First of all, you need to look at this human language. This is the LLC. And the key spot is, it's very clear that the LLC is a member of the corporation, right? Is it a citizen? Is it an official? Does it cover its values? Is there a way to document this? And that's why, at least in the early cases, you need a name. And, of course, in the case of the law, you need to use the same name, which is obvious. You need to use the right resources. And this, in this case, the jurisdiction is smaller. It's easier to look at it and say, okay, I'm just going to ask for the green. It's going to be very direct. And, of course, in many cases, when it's already, it's a fantasy, the LLC is a member of the corporation.  it's clear that they are a member of the LLC. It's a jurisdiction,   of course, the LLC is a member of the corporation. So, it's clear that it's a corporation. And, by the law, it's a subordinate member of the corporation. And by rule of law, it's a subordinate member of the corporation. What do you mean by that? Well, we can talk about that later. But, I want to talk about this briefly, because, if you've been doing this, you know, the first time you walk in the door, and you see a form for, you need to explain to them, you know, they're not going to say, oh, this is your thing. But, if you say to them, okay, this is the law, this is how it should be, this is the way it should be. And then, the LLC, you know, they're not going to hear your frustration. And, there's just a lot of other issues. So, the LLC is a corporation. So, you know, it's a subordinate member of the corporation. And, you know, it's a subordinate member of the corporation.  that's the law. So, right now, they're not going to say, oh, this is how it should be, this is how it should be. And, I say, if you say to them, okay, this is the law. And, we're not going to talk about it. I mean, this is a subordinate member. And, they're not going to say, oh, yes, yes, this is the way it should be.                So, that's what I would say. You can't say, you know, that's the way it should be. And, they're not going to say, you know, the people, the people will say, just continue that. You want one view. We're not demands of this the people with the fees remain business. But again, the guy in the red seat makes the decisions .  guy in the green seat is the one of them. We got out of it and
judges: Tashima, W. Fletcher, Bastian